**Office of the New York State Attorney General**

**Letitia James**
**Attorney General**

October 23, 2026

Hon. Miroslav Lovric
United States Magistrate Judge
Federal Building and United States Courthouse
Binghamton, New York 13901

Re: *Santos v. Williams, et al.* – 9:26-CV-00267 (GTS/ML)

Your Honor:

Please accept this letter on behalf of the defense respectfully requesting an additional 30 days to submit *Dunton* affidavits pursuant to this Court's previous order (Dkt. No. 25).

As an initial matter, I sincerely apologize for missing the September 28, 2026, deadline. That was a result of my oversight in not getting the date into my calendar. It was not at all an intentional disregard of the orders of this Honorable Court. Furthermore, I apologize for not submitting this request sooner after being kindly alerted to the oversight earlier this week. My current caseload has caused an uncharacteristically busy week.

For what it is worth, prior to the order the undersigned outlined the circumstances of actual and potential conflicts with each named defendant in this action. Also, I previously obtained written informed consent as to joint representation from each of the named defendants in this action; however, it is not in the form of a sworn affidavit.

Again, my sincerest apologies for both the initial oversight and delay in requesting an extension. This is certainly an aberration as I take the orders of this Honorable Court extremely seriously and, to my recollection, I have never missed such a deadline before.

It is respectfully requested that the undersigned have until November 23, 2026, to submit affidavits in accordance with Dkt. No. 25. Thank you for your time and please let me know if any additional information is needed.

Very truly yours,

*Patrick R. Blood*
PATRICK R. BLOOD
Assistant Attorney General

IT IS SO ORDERED:

*Miroslav Lovric*
Miroslav Lovric
U.S. Magistrate Judge

Dated: October 27, 2026
Binghamton, NY

I/ECF)